# UNITED STATES DISTRICT COURT

for the

## District of Kansas

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

FACEBOOK USER NAMES, ID's, URL's: https://www.facebook.com/ profile.php?id=100055757896213.  Vanity Name: Gabriel Valenzuela. See Attachment A.

)
)
)
)
)

Case No.   22-M-6204-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

FACEBOOK USER NAMES, ID's, URL's: https://www.facebook.com/profile.php?id=100055757896213.  Vanity Name: Gabriel Valenzuela.  See Attachment A.

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with the intent to distribute/distribution of controlled substances |
| 21 U.S.C. 843(b) | Unlawful use of a communication facility in connection with drug trafficking |
| 21 U.S.C. 846 | Conspiracy to possess/distribute controlled substances |

The application is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

Delayed notice of_____days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO STEVE A. GRECO, Drug Enforcement Administration

*Printed name and title*

Sworn to before me and signed ~~in my presence~~. via telephone conference

Date:   0  29 2022  **Jul 29, 2022**

*Judge's signature*

City and state: Wichita, Kansas

HONORABLE KENNETH G. GALE, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **FACEBOOK USER NAMES, ID's, URL's**: https://www.facebook.com/profile.php ?id=100055757896213 Vanity Name: Gabriel Valenzuela | Case No. _____ **[Filed Under Seal]** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Steve Greco, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for

information associated with a certain Facebook account that is stored at premises owned,

maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered

Menlo Park, California.  The information to be searched is described in the following paragraphs

and in Attachment A.  This affidavit is made in support of an application for a search warrant

under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and

2703(c)(1)(A)  to require Meta to disclose to the government records and other information in its

possession pertaining to the subscriber or customer associated with the user ID.

2.      I am an investigator or law enforcement officer of the United States within the

meaning of 18 U.S.C. § 2510 (7); that is, an officer of the United States who is empowered by

law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C § 2516.

3.      I am a Task Force Officer with the Drug Enforcement Administration (DEA) and

have been since November 2020.  I am currently assigned to the DEA Garden City, Kansas Post

of Duty (GCPOD). I have been employed by the Garden City Police Department since May 2017. I attended the Kansas Law Enforcement Training Center Basic Training in May 2017 until September 2017. I have since received training in conspiracy investigations, telecommunications exploitation and asset forfeiture.

4.      I have participated as a law enforcement officer in investigations of unlawful narcotics distribution and have conducted wiretap investigations, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs. I am also familiar with some of the methods by which narcotics traffickers communicate and code words commonly used by narcotics traffickers.

5.      I am familiar with the facts and circumstances of the investigation set forth below through my personal participation; from discussions with other federal agents and local law enforcement officers; and from my review of records and reports relating to the investigation. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Sources of supply, distributors, and consumers of illegal drugs frequently use Facebook, WhatsApp, Instagram, Snapchat and other social networking applications as means of communication to facilitate drug transactions.

7.      Based on the facts set forth in this affidavit, there is probable cause to believe that

violations of 21 U.S.C. § 841(a)(1) (possession of a controlled substance with the intent to

distribute); 21 U.S.C. § 843(b) (use of a communication facility to facilitate a drug trafficking

crime); 21 U.S.C. § 846 (conspiracy to possess with intent to distribute a controlled substance);

have been committed, are being committed, and will be committed by Jesus Gabriel

VALENZUELA-CABANILLAS, the user of

https://www.facebook.com/profile.php?id=100055757896213, vanity name Gabriel Valenzuela

and other known and unknown associates. There is also probable cause to search the information

described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes

as further described in Attachment B.

8.      The Court has jurisdiction to issue the proposed warrant because it is a "court of

competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court

of the United States, including a Magistrate Judge of such court, that has jurisdiction over the

offense being investigated; see 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

9.      In December of 2021, the Drug Enforcement Administration (DEA) Garden City

Post of Duty (GCPOD) initiated an investigation, with the assistance of the United States Postal

Inspection Service (USPIS), into a Jesus Gabriel VALENZUELA-CABANILLAS, a

methamphetamine source of supply from Sinaloa, Mexico. The DEA GCPOD has previously

identified VALENZUELA-CABANILLA's method of operation for the distribution of

methamphetamine in the United States. The DEA GCPOD learned VALENZUELA-

CABANILLAS's resides in Sinaloa, Mexico, but contacts individuals located in California to

ship methamphetamine, via the United States Postal Service (USPS), to individuals within the

District of Kansas. The DEA GCPOD believes VALENZUELA-CABANILLAS is operating a Drug Trafficking Organization (DTO) within the United States of America that specifically distributes methamphetamine within the District of Kansas.

10.     Your affiant has previously obtained two search warrants for the Facebook vanity name "Gabriel Valenzuela," with profile identification number "100055757896213" (hereafter TARGET PROFILE). Your affiant is requesting this search warrant be authorized for the time period of March 19, 2022, to the date the search warrant is authorized.

11.     On December 13, 2021, the Honorable United States Magistrate Judge Gwynne E. Birzer, for the United States District Court, District of Kansas, Wichita Division granted a search warrant (21-6205-01-GEB) for the TARGET PROFILE. The authorized dates for this search warrant were May 1, 2021 to December 13, 2021.

12.     On March 18, 2022, the Honorable U.S. Magistrate Judge Kenneth G. Gale, for the United States District Court, District of Kansas, Wichita Division, authorized a search warrant (22-M-6048-01-KGG) for the TARGET PROFILE. The authorized dates for this search warrant were December 6, 2021, to March 18, 2022.

13.     During a review of the electronic data received from Facebook for the first search warrant, in conjunction with other law enforcement indices, TFO Steve Greco was able to identify "Gabriel Valenzuela" as "Jesus Gabriel VALENZUELA-CABANILLAS," an individual from Sinaloa, Mexico.

14.     TFO Greco located more than sixty (60) pictures of money transfer receipts that were addressed to individuals in Mexico, from senders conducting the transactions within the District of Kansas. The TARGET PROFILE also sent several pictures containing hand written numbers. On one picture, the first value is "9000," followed by "-100," which totaled "8900."

The next value was "-2300," followed by "6600." TFO Greco located more than thirty-five (35) similar images. TFO Greco believes the images depict a financial ledger, and TFO Greco knows it is common conduct of narcotic distributors to keep ledgers that track how much a specific person has paid or owes.

15. During a review of the data from Facebook for the second search warrant, TFO Greco located communication between TARGET PROFILE, and a Facebook profile vanity name "Nino De Durango." TFO Greco later identified the user of the "Nino De Durango" Facebook profile as Jose Isabel LOPEZ-SANTACRUZ. In December 2021, TARGET PROFILE sent LOPEZ-SANTACRUZ a screenshot of the USPS tracking website. USPIS was able to determine the parcel was delivered to 504 Sunnyside Ave, Dodge City, Kansas. TFO Greco conducted a search on law enforcement and commercial databases and learned the Sunnyside address was LOPEZ-SANTACRUZ's residence. TFO Greco requested USPIS to investigate LOPEZ-SANTACRUZ's address. TFO Greco also observed several images of Money Service Business receipts being sent from LOPEZ-SANTACRUZ to TARGET PROFILE.

16. In February 2022, the DEA GCPOD identified Carl WENDT and Elizabeth BALDERAS as "customers" of the VALENZUELA-CABANILLAS DTO. With the assistance of USPIS, the DEA GCPOD intercepted a USPS parcel that contained two (2) bundles on methamphetamine. On February 14, 2022, the Honorable United States Magistrate Judge Kenneth G. Gale, for the United States District Court, District of Kansas, Wichita Division authorized a search warrant (22-M-6025-01-KGG) for the parcel. Inside the parcel, USPIS Inspector Highfill located two (2) bundles containing an approximate total 1088 grams of presumptive positive methamphetamine. On June 1, 2022, the Kansas Bureau of Investigation (KBI) laboratory analyzed both bundles and found the following: 1 – 446.85 grams,

methamphetamine, purity 98.8% (+/- 4.5%); 2 – 446.61 grams, methamphetamine, purity 99.1% (+/- 4.5%).

17.     On February 15, 2022, the DEA GCPOD and assisting agencies conducted a controlled delivery operation that led to the arrest of WENDT and BALDERAS for possession with intent to distribute methamphetamine through Finney County District Court. The charges in Finney County District Court were dismissed at the request of investigators in March 2022 to further the investigation into the VALENZUELA-CABANILLAS DTO.

18.     On February 28, 2022, the Honorable United States Magistrate Judge Kenneth G. Gale, for the United States District Court, District of Kansas, Wichita Division granted a search warrant for BALDERAS'(22-M-6034-01-KGG) and WENDT's(22-M-6033-01-KGG) cellular telephones.

19.     On March 1, 2022, KBI SA Bryson Potter extracted the electronic data contained in both cellular phones pursuant to the lawful search warrant. On March 2, 2022, KBI SA Potter provided TFO Greco a USB flash-drive that contained the electronic data.

20.     During a review of the electronic data from BALDERAS' phone, TFO Greco located messages between BALDERAS and VALENZUELA-CABANILLAS on Whatsapp and Facebook Messenger. BALDERAS saved VALENZUELA-CABANILLAS contact name as "Business Friend" on Whatsapp. The messages, which included text and voice messages in Spanish, were translated and transcribed by GCPD Detective Ofelia Aguero from Spanish to English. GCPD DET Aguero is a certified fluent Spanish speaker for the GCPD.

21.     The following messages were located on Facebook Messenger and began on February 15, 2022 at approximately 10:44 A.M.:

      a.  TARGET PROFILE sent: how are you

b. BALDERAS replied: I am good only waiting

c. TARGET PROFILE sent: yes. Wait today it will arrive but don't know the time

d. BALDERAS sent a picture of the USPS tracking website for the parcel that the DEA GCPOD were delivering to BALDERAS residence.

22.     On the same date, at approximately 12:19 PM, BALDERAS and TARGET PROFILE had a voice call on Facebook Messenger that lasted approximately 2 minutes, 2 seconds.

23.     On the same date, at approximately 2:35 PM:

a. BALDERAS sent: ok I have it

b. BALDERAS sent: I just received it.

c. TARGET PROFILE replied with a thumbs-up emoji.

24.     On the same date, the DEA GCPOD and other agencies delivered the parcel at approximately 2:33 PM.

25.     On May 9, 2022, the Honorable U.S. Magistrate Judge Gwynne E. Birzer, for the United States District Court, District of Kansas, Wichita Division, authorized the installation of a pen register and trap and trace device (22-CM-60019) for the TARGET PROFILE. The monitoring period was from May 9, 2022 to July 7, 2022.

26.     On July 19, 2022, the Honorable U.S. Magistrate Judge Kenneth G. Gale, for the United States District Court, District of Kansas, Wichita Division, authorized the installation of a second pen register and trap and trace device (22-CM-60048) for the TARGET PROFILE. The monitoring period started July 18, 2022, and will end September 16, 2022.

27.     In May 2022, the DEA GCPOD, with the assistance of the USPIS, located a parcel scheduled to be sent to LOPEZ-SANTACRUZ's residence. On May 22, 2022, the

Honorable U.S. Magistrate Judge Kenneth G. Gale, for the United States District Court, District of Kansas, Wichita Division, authorized a search warrant (22-6097-GEB) for the parcel. Inside the parcel, USPIS Inspector Highfill located a zip-lock bag containing approximately 468 grams of a crystallized substance. On June 6, 2022, the DEA North Central Laboratory analyzed the substance and determined the following: 1 – 392.1 grams (+/- 0.2 grams), methamphetamine, purity 96% (+/- 6%), pure substance 376.4 grams (+/- 23.5 grams); 2 – 54.6 grams (+/- 0.2 grams), methamphetamine, purity 97% (+/- 6%), pure substance 52.9 grams (+/- 3.3 grams). The second exhibit was utilized as a representative sample for the controlled delivery operation that was conducted.

28.     On May 23, 2022, the DEA GCPOD and assisting agencies conducted a controlled delivery operation at LOPEZ-SANTACRUZ's residence. LOPEZ-SANTACRUZ received the parcel and was interviewed by TFO Greco, with the assistance of Ford County Sheriff's Office (FOSO) Deputy Anai Razo, a certified FOSO Spanish speaker. TFO Greco with the assistance of Deputy Razo, read LOPEZ-SANTACRUZ Miranda rights and LOPEZ-SANTACRUZ waived those rights and agreed to speak without an attorney present. LOPEZ-SANTACRUZ confirmed the Facebook profile LOPEZ-SANTACRUZ utilized was "Nino De Durango." LOPEZ-SANTACRUZ was released after the completion of the search warrant to preserve the overall investigation. Based on the TARGET PROFILE pen register, LOPEZ-SANTACRUZ did not communicate with the TARGET PROFILE.

29.     On May 27, 2022, the Honorable U.S. Magistrate Judge Gwynne E. Birzer, for the United States District Court, District of Kansas, Wichita Division authorized a search warrant (22-M-6108-01-GEB) for LOPEZ-SANTACRUZ's cellular telephone. During a review of the data, TFO Greco located communication with LOPEZ-SANTACRUZ, and a Facebook profile

with vanity name "Juaquin Lopez." TFO Greco observed similar communication style, and ˢ method of operations between the "Juaquin Lopez" profile and the TARGET PROFILE.

30.     On June 9, 2022, the Honorable U.S. Magistrate Judge Kenneth G. Gale, for the United States District Court, District of Kansas, Wichita Division, authorized a search warrant (22-M-6133-01-KGG) for the "Juaquin Lopez" Facebook profile. During a review of the data, TFO Greco located a telephone number registered to the Facebook account, and this telephone number was previously identified as one of VALENZUELA-CABANILLAS' telephone numbers. TFO Greco also located additional information that identified VALENZUELA-CABANILLAS as the user of the "Juaquin Lopez" Facebook profile.

31.     On July 13, 2022, the Garden City Police Department (GCPD), conducted a traffic stop on a vehicle that Alexis IBARRA was in. The GCPD had prior knowledge that IBARRA had two (2) active felony warrants issued by Ford County District Court. The GCPD arrested IBARRA for the active warrants. During a search incident to arrest, IBARRA was in possession of three (3) zip-lock bags containing a crystallized substance, and a loaded Ruger EC9s pistol. The total weight of the bags were approximately 13.7 grams. The crystallized substance in each bag was field tested utilizing a Thermo Scientific TruNarc instrument, and the instrument alarmed to the presence of methamphetamine. IBARRA was transported to the Finney County Law Enforcement Center (LEC) for a follow-up interview.

32.     At the LEC, GCPD Officer Julian Garcia, and GCPD Officer Michael Tabor, met with IBARRA in an interview room. OFC Tabor read IBARRA Miranda Rights. IBARRA said she understood her Miranda Rights and agreed to speak without an attorney present. OFC Tabor and Garcia interviewed IBARRA related to the possession of methamphetamine and firearm.

33.    TFO Greco joined the interview in progress and heard IBARRA admit to selling "dope" and knowing the "big timers." IBARRA identified Elizabeth BALDERAS as a methamphetamine distributor, and claimed BALDERAS received methamphetamine in the mail. IBARRA said a person named "Gabriel Valenzuela" from Sinaloa, Mexico was responsible for shipping BALDERAS methamphetamine. TFO Greco knows the "Gabriel Valenzuela" IBARRA was speaking about is Jesus Gabriel VALENZUELA-CABANILLAS and "Gabriel Valenzuela" is the TARGET PROFILE name. IBARRA said BALDERAS communicates with VALENZUELA-CABANILLAS on Facebook.

34.    Based on the TARGET PROFILE pen register, TFO Greco located profile identification number 100009697934018, which has a vanity name of "Elizabeth Balderas" and the profile is a picture of BALDERAS. Between May 12, 2022 and July 7, 2022, TFO Greco located approximately 492 total contacts between BALDERAS' profile and the TARGET PROFILE. Between July 23, 2022, and July 26, 2022, TFO Greco located 8 total contacts between BALDERAS' profile and the TARGET PROFILE.

35.    IBARRA admitted to communicating with VALENZUELA-CABANILLAS on Facebook messenger for a couple of months via the TARGET PROFILE. IBARRA said VALENZUELA-CABANILLAS asked IBARRA to help BALDERAS send money to VALENZUELA-CABANILLAS. IBARRA was not sure why she (IBARRA) would send money to VALENZUELA-CABANILLAS since IBARRA did not receive any "work." TFO Greco knows "work" is a term that typically references criminal activity. Based on the context of this conversation related to methamphetamine distribution, TFO Greco believed "work" is specifically referencing narcotic activity.

36.     Based on the TARGET PROFILE pen register, TFO Greco located profile identification number 100050255327667, which has a vanity name of "Alexis Ibarra" and the profile picture is a picture of IBARRA. Between May 12, 2022, and July 7, 2022, TFO Greco located approximately 275 total contacts between IBARRA's profile and the TARGET PROFILE.

37.     IBARRA said VALENZUELA-CABANILLAS told IBARRA that BALDERAS was supposed to receive a shipment tomorrow, which would have been July 14, 2022, or sometime that week. IBARRA said the shipment was supposed to come in a brown box, from Fed-Ex or United Parcel Service (UPS). TFO Greco later contacted both Fed-Ex and UPS and was unable to locate a package going to BALDERAS' residence. IBARRA said VALENZUELA-CABANILLAS was going to send IBARRA the tracking information for the package IBARRA spoke about. IBARRA said it is typical for VALENZUELA-CABANILLAS to send tracking information to BALDERAS and other individuals ordering packages of methamphetamine. IBARRA said BALDERAS was receiving between one and two packages per week.

38.     IBARRA said VALENZUELA-CABANILLAS would receive money from "customers" through Walmart. TFO Greco knows Walmart operates a Money Center where individuals can send money to other individuals.

39.     Based on the previously mentioned information, your affiant believes VALENZUELA-CABANILLAS is operating a drug trafficking organization that distributes to Garden City, Kansas, and other locations not yet identified in the United States. Your affiant also believes VALENZUELA-CABANILLAS has additional co-conspirators that have not yet been identified. Your affiant believes the authorization of this search warrant would identify additional co-conspirators, additional packages, specific financial transactions in the form of wire remitter transactions, and other locations in which illicit narcotics are being sent to in the

United States and specifically the District of Kansas. During the course of this investigation, your affiant has only identified packages containing methamphetamine being sent through USPS, but believes the authorization of this search warrant would provide information on methamphetamine packages being sent through Fed-Ex or UPS.

40.     Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

41.     Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

42.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

43.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a

Facebook user can make information available only to himself or herself, to particular Facebook

users, or to anyone with access to the Internet, including people who are not Facebook users. A

Facebook user can also create "lists" of Facebook friends to facilitate the application of these

privacy settings. Facebook accounts also include other account settings that users can adjust to

control, for example, the types of notifications they receive from Facebook.

44.     Facebook users can create profiles that include photographs, lists of personal

interests, and other information. Facebook users can also post "status" updates about their

whereabouts and actions, as well as links to videos, photographs, articles, and other items

available elsewhere on the Internet. Facebook users can also post information about upcoming

"events," such as social occasions, by listing the event's time, location, host, and guest list. In

addition, Facebook users can "check in" to particular locations or add their geographic locations

to their Facebook posts, thereby revealing their geographic locations at particular dates and

times. A particular user's profile page also includes a "Wall," which is a space where the user

and his or her "Friends" can post messages, attachments, and links that will typically be visible

to anyone who can view the user's profile.

45.     Facebook users can upload photos and videos to be posted on their Wall, included

in chats, or for other purposes. Users can "tag" other users in a photo or video, and can be

tagged by others. When a user is tagged in a photo or video, he or she generally receives a

notification of the tag and a link to see the photo or video.

46.     Facebook users can use Facebook Messenger to communicate with other users via

text, voice, video. Meta retains instant messages and certain other shared Messenger content

unless deleted by the user, and also retains transactional records related to voice and video chats.

of the date of each call. Facebook users can also post comments on the Facebook profiles of

other users or on their own profiles; such comments are typically associated with a specific

posting or item on the profile.

47.     If a Facebook user does not want to interact with another user on Facebook, the

first user can "block" the second user from seeing his or her account.

48.     Facebook has a "like" feature that allows users to give positive feedback or

connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as

webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also

become "fans" of particular Facebook pages.

49.     Facebook has a search function that enables its users to search Facebook for

keywords, usernames, or pages, among other things.

50.     Each Facebook account has an activity log, which is a list of the user's posts and

other Facebook activities from the inception of the account to the present.  The activity log

includes stories and photos that the user has been tagged in, as well as connections made through

the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is

visible to the user but cannot be viewed by people who visit the user's Facebook page.

51.     Facebook also has a Marketplace feature, which allows users to post free

classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

52.     In addition to the applications described above, Meta provides users with access

to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user

accesses or uses one of these applications, an update about that the user's access or use of that

application may appear on the user's profile page.

53.     Meta also retains records of which IP addresses were used by an account to log

into or out of Facebook, as well as IP address used to take certain actions on the platform.  For

example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

54.     Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

55.     Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

56.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be

evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

57.     Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

58.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.

Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

59.     Based on the forgoing, the affiant believes that probable cause exists that **VALENZUELA-CABANILLAS's account** contains evidence, fruits, and/or instrumentalities of the violations of federal law. Therefore, the affiant requests that the Court issue the proposed search warrant.

60.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . including a Magistrate Judge of such court, that has jurisdiction over the offense being investigated, specifically, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 843, and 21 U.S.C. § 846 .

61.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

62.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Steve Greco
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me by telephone on this 29th day of July 2022 in Wichita, Kansas.

HONORABLE KENNETH G. GALE
United States Magistrate Judge
District of Kansas

## <u>ATTACHMENT A</u>
### Property to Be Searched

This warrant applies to information associated with the URL addresses:

https://www.facebook.com/profile.php?id=100055757896213 and Facebook Vanity

Name: Gabriel Valenzuela that is stored at premises owned, maintained, controlled, or operated

by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

I.     **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession,

custody, or control of Meta, regardless of whether such information is located within or outside

of the United States, including any messages, records, files, logs, or information that have been

deleted but are still available to Meta, or have been preserved pursuant to a request made under

18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government

for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including full name, user

identification number, birth date, gender, contact e-mail addresses, physical

address (including city, state, and zip code), telephone numbers, screen names,

websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts

and other Facebook activities March 19, 2022 to Present;

(c)     All photos and videos uploaded by that user ID and all photos and videos

uploaded by any user that have that user tagged in them March 19, 2022 to

Present including Exchangeable Image File ("EXIF") data and any other metadata

associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos,

photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)    All other records and contents of communications and messages made or received by the user March 19, 2022 to Present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)    All "check ins" and other location information;

(h)    All IP logs, including all records of the IP addresses that logged into the account;

(i)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)    All information about the Facebook pages that the account is or was a "fan" of;

(k)    All past and present lists of friends created by the account;

(l)    All records of Facebook searches performed by the account from March 19, 2022 to Present

(m)    All information about the user's access and use of Facebook Marketplace;

(n)    The types of service utilized by the user;

(o)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. §§ 841, 843 and 846 involving VALENZUELA-CABANILLAS. The information described in Section I should include for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Distribution of illegal drugs and evidence of any violation of 21 U.S.C. Section 841 or 21 U.S.C. Section 846.
(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;
(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;
(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).