## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER NAMES, ID's, URL's:<br><br>https://www.facebook.com/profile.php?id=100055757896213<br>Vanity Name: Gabriel Valenzuela | Case No. 22-6204-01-KGG |

## MOTION TO UNSEAL

Comes now the United States, by and through Molly M. Gordon, Assistant Attorney for the District of Kansas, and moves the Court for an order that the application, affidavit and search warrant, issued on or about July 29, 2022, case number 22-6204-01-KGG, be unsealed.

In support of this motion, the United States declares that disclosure of the application, affidavit and search warrant, is necessary as part of the notification requirements under Title 18, United States Code, Section 3103a(b).

WHEREFORE, the United States requests that the application, affidavit and search warrant, in case number 22-6204-01-KGG, be unsealed.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

s/Molly M. Gordon
MOLLY M. GORDON
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS  67202
Tele:   316-269-6481
Fax:    316-269-6484
molly.gordon@usdoj.gov
Ks S.Ct.No. 23134